JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ENZO & CO., a California corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>ENSO TOOLS, LLC, an Ohio limited liability company; and DOES 1 through 10, Inclusive,<br><br>             Defendants. | Case No. 8:19-cv-00143-JLS-ADS<br><br>**ORDER RE VOLUNTARY DISMISSAL**<br><br><br>Courtroom:  10A<br>Judge: Hon. Josephine L. Staton<br><br>Complaint Filed:  January 25, 2019 |
| ENSO TOOLS, LLC, an Ohio limited liability company<br><br>            Counter-Claimant,<br><br>  v.<br><br>ENZO & CO., a California corporation; and  DOES 1-10, inclusive<br><br>           Counter-Defendants. | |

      The Court, having considered the joint Stipulation of Voluntary Dismissal of the parties, hereby grants the parties' request to voluntarily dismiss, with prejudice, the Complaint and Counterclaim in this matter, with each party to pay its own costs and attorneys' fees incurred in the action.

      **IT IS SO ORDERED:**

Dated: June 27, 2019

                           By:   <u>JOSEPHINE L. STATON</u>
                                   HON. JOSEPHINE L. STATON